UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                   :

LATERAL RECOVERY LLC et al
                                                                                   :

        Plaintiffs,                    ORDER

                                                                                    :

  -v.-

                                                                                     :       22 Civ. 10032 (LAK ) (GWG)

SECOND CHANCE FUNDING LLC et al.,    :

        Defendants.                  :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

       On or before October 24, 2024, the parties shall file a jointly-composed letter on the status of the arbitration and, if concluded, the status of this action.

Dated:  New York, New York

       October 10, 2024

                                         SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge