UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATERAL RECOVERY LLC, BENCHMARK BUILDERS, INC., FTE NETWORKS, INC., JUS-COM LLC and FOCUS WIRELESS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>FUNDZINI LLC d/b/a SECOND CHANCE FUNDING, YOSEF BREZEL, and JOHN and JANE DOE INVESTORS,<br><br>*Defendants*. | Civ. A. No.: 1:22-cv-10032 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AS TO ALL DEFENDANTS

**PLEASE TAKE NOTICE** that Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that it is hereby stipulated and agreed by undersigned counsel for all parties that all Defendants are voluntarily dismissed from this action with prejudice and without costs.

Dated: October 11, 2024

| **WELLS LAW PC** | **WHITE AND WILLIAMS LLP** |
|---|---|
| BY: *[signature]* Steven William Wells | By: *[signature]* Shane R. Heskin |
| William Parsons<br>229 Warner Road<br>Lancaster, New York 14086<br>(716) 983-4750<br>steve@wellspc.com<br>will@wellspc.com<br>*Attorney for Defendants* | 810 Seventh Avenue, Suite 500<br>New York, NY 10019<br>(215) 864-6329<br>heskins@whiteandwilliams.com<br>*Attorneys for Plaintiffs* |

33839941v.1