UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

LATERAL RECOVERY LLC, BENCHMARK BUILDERS, INC., FTE NETWORKS, INC., JUS-COM LLC and FOCUS WIRELESS, LLC,

*Plaintiffs,*

v.

FUNDZINI LLC d/b/a SECOND CHANCE FUNDING, YOSEF BREZEL, and JOHN and JANE DOE INVESTORS,

*Defendants.*

---

Civ. A. No.: 1:22-cv-10032

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-24

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AS TO ALL DEFENDANTS

**PLEASE TAKE NOTICE** that Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that it is hereby stipulated and agreed by undersigned counsel for all parties that all Defendants are voluntarily dismissed from this action with prejudice and without costs.

Dated: October 11, 2024

**WELLS LAW PC**

BY: /s/ Steven W. Wells
Steven William Wells
William Parsons
229 Warner Road
Lancaster, New York 14086
(716) 983-4750
steve@wellspc.com
will@wellspc.com
*Attorney for Defendants*

**WHITE AND WILLIAMS LLP**

By: /s/ Shane R. Heskin
Shane R. Heskin
810 Seventh Avenue, Suite 500
New York, NY 10019
(215) 864-6329
heskins@whiteandwilliams.com
*Attorneys for Plaintiffs*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
10/16/24

-1-

33839941v.1